UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:16-cr-00052-JMS-DML |
| ) | |
| SEAN F. PIATT (01), ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim Baker's Report and Recommendation dkt. [94] recommending that Sean F. Piatt's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with the no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Baker's Report and Recommendation dkt. [94]. The Court finds that Mr. Piatt committed Violation Numbers 1-4 as alleged by the U.S. Probation Office in its *Petitions for Warrant or Summons for Offender under Supervision* dkts [83 & 86]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Piatt is sentenced to the custody of the Attorney General or his designee for a period of eight (8) months imprisonment with no supervised release to follow. The court recommends placement at a medical facility with mental health treatment.

Date: 7/16/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system
United States Probation Office, United States Marshal